FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DON WIELER, as the personal representative of the estate of Eddie Todd,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL INDEMNITY COMPANY, a foreign entity,<br><br>    Defendant. | No. 2:23-CV-00285-SAB<br><br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 140. Plaintiff is represented by Isaiah Peterson and Marshall Casey. Defendant was represented by Jeremy Knight and Jodi McDougall.

The parties stipulate all claims and causes of action in the above-captioned matter be dismissed with prejudice and without cost or fees to any party.

//
//
//
//
//
//

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' Stipulation for Dismissal with Prejudice, ECF No. 140, is **GRANTED**.

2.    The above-captioned case is **DISMISSED**, with prejudice and without costs or fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 1st day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**